# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Marivel Otilia Lopez-Garcia,

       Petitioner,

v.

Pamela Bondi, et al.,

       Respondents.

NO. CV-26-01667-PHX-DWL (JFM)

**JUDGMENT IN A CIVIL CASE**

    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 20, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment is entered in favor of Petitioner and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 20, 2026

s/ K. Gray
By  Deputy Clerk